**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI,<br><br>     Plaintiff,<br><br>vs.<br><br>MOLINA'S TIRE & TOWING, a business entity; GILBERTO MOLINA, an individual; CONRAD DIAZ, an individual;<br><br>     Defendants | **Case No.:** 8:23-cv-00964-JWH-ADS<br><br>**RESPONSE TO OSC AND NOTICE OF SETTLEMENT** |

**TO ALL PARTIES IN INTEREST:**

    **THE RESPONSE TO THE OSC AND NOTICE IS HEREBY GIVEN** that Plaintiff, ADAM GHADIRI, has reached a full and comprehensive settlement of this civil action with mutual general releases with regard to defendants MOLINA'S TIRE & TOWING, a business entity; GILBERTO MOLINA, an individual; CONRAD DIAZ, an individual;

//

//

//

//

1

**NOTICE OF SETTLEMENT**

The parties are awaiting final execution and performance of the settlement.

DATED: 9/6/2023

_____
Joseph Bakhos, Esq.
Attorney for Plaintiff

2

**NOTICE OF SETTLEMENT**